No. 9505.

CITY AND COUNTY OF DENVER *v.* UNITED CIGAR STORES
COMPANY.

Judgment affirmed on the authority of *Denver v. Frue-auff*, 39 Colo. 20.

*Error to Denver County Court, Hon. Ira C. Rothgerber,
Judge.*

Mr. JAMES A. MARSH, Mr. THOMAS H. GIBSON, Mr. J. J.
LIEBERMAN, for plaintiff in error.

Messrs. O'DONNELL & GRAHAM, Mr. GEORGE W. MUS-
SER, for defendant in error.

Mr. JAMES GRAFTON ROGERS, amicus curiæ.

Per Curiam:

The case is one involving the validity of an ordinance of
the City and County of Denver, prohibiting therein the is-
suance of trading stamps, profit-sharing coupons and gifts
of like or kindred character, in connection with the adver-
tisement and sale of goods.   The question has been abso-
lutely, definitely and conclusively settled, in all of its
phases, by the decision of this court in *Denver v. Frueauff*,
39 Colo. 20, 88 Pac. 389, 7 L. R. A. (N. S.) 1131, 12 Ann.
Cas. 521.   That opinion has stood as the law on this sub-
ject for this jurisdiction for upwards of fourteen years, and
no attempt has meanwhile been made by legislation to
amend or set aside the laws of our state under which such
transactions were by this court upheld and approved.   We
adhere to that decision.

*Judgment Affirmed.*